[No. 4307–II. Division Two. January 6, 1982.]

WINTER COLD STORAGE, ET AL, *Appellants,* v. AMERICAN FEDERAL SAVINGS & LOAN ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 268205, Donald H. Thompson, J., entered September 28, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Johnson, J. Pro Tem.